Certificate Number: 16339-PAE-DE-040518139

Bankruptcy Case Number: 25-15094



16339-PAE-DE-040518139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2026, at 9:56 o'clock PM EST, Brittany Williams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 16, 2026         By:   /s/Kris Krumal

                                 Name: Kris Krumal

                                 Title: Certified Financial Counselor