IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Brittany Williams | Chapter 7 |
| Debtor(s) | Bky.No. 25-15094 DJB |

ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTOR, AND ALL OTHER PARTIES OF INTEREST:

PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf Carrington Mortgage Services, LLC a creditor and party-in-interest, in the above captioned Chapter 13 case.  Pursuant to Bankruptcy Rules 2002 and 9007, I respectfully request that all notices given or required to be given in this case by the Court, the debtor and/or any other parties-in-interest in this case be given to Mary F. Kennedy, Esquire at the below address and/or telephone number set forth below.  This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

This notice shall not be deemed a waiver of any of Carrington Mortgage Services, LLC rights or including the right to challenge the jurisdiction of the Bankruptcy Court over Carrington Mortgage Services, LLC in any contested matter or adversary proceedings.

**Dated**: 3/12/2026

/s/ Mary F. Kennedy, Esquire
Attorney for Creditor
1310 Industrial Boulevard
1st Floor, Suite 101
Southampton, PA  18966
(215) 942-9690

{01044667}